# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sylvester Johnson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00235-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Walmart Stores East, LP | ) | |
| Wal-Mart Stores, Inc. | | |
| Randy Hargrove, | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 18, 2014 Order.

July 18, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court